**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2020

```
----------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                        Government,          :
                                             :
            - against -                      :
                                             :
NOEL CRUZ,                                   :
                        Defendant.           :
----------------------------------------------------------x
```

18 CR. 556 (RMB)

**ORDER**

The conference currently scheduled for March 11, 2020 is hereby vacated. The Probation Department has advised that Mr. Cruz has been accepted into the RISE Court and, as a result, will not be supervised by this Court going forward. We wish Mr. Cruz the best of luck and great success.

Dated: New York, New York
February 19, 2020



**RICHARD M. BERMAN**
**U.S.D.J.**